**DUBLINER, INC., Appellant,**

v.

**The IRISH DAIRY BOARD CO-OPERATIVE LIMITED,**
Appellee.

No. 2008–1126.

United States Court of Appeals,
Federal Circuit.

Oct. 10, 2008.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to remand this case, *Dubliner v. Irish Dairy Board,* to the United States

Patent and Trademark Office, Trademark Trial and Appeal Board, Opposition No. 91/164,315 and Cancellation No. 92/044,189, for further proceedings consistent with the settlement agreement reached by the parties and, specifically, to allow the parties to jointly move the Board for vacatur of its decision on appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All remaining motions are moot.

(3) Each side shall bear its own costs.